# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Janice Marie Reeves<br>Debtor | Case No. 11-20449<br>Chapter 13 |

## SUGGESTION OF DEATH

Comes now the attorney for the above named Debtor and shows the Court that the Debtor has passed away.

Respectfully Submitted this 29th day of October, 2013.

/S/ WILLIAM S.ORANGE, III
Attorney for Debtor
1419 Newcastle Street
Brunswick, Georgia 31520
912-267-9272

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Janice Marie Reeves<br>   Debtor | Case No. 11-20449<br>Chapter   13 |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of SUGGESTION OF DEATH

by electronic mailing to:

 M. Elaina Massey
 Chapter 13 Trustee
 ecf@ch13bwk.com

Dated this 29th day of October, 2013.

         /s/ William S. Orange, III
         Attorney for Debtor
         1419 Newcastle Street
         Brunswick, Georgia 31520
         912-267-9272